1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID RAY SANCHEZ,

               Petitioner,

v.

SCOTT FRAKES,

               Respondent.

CASE NO. C11-5888BHS

ORDER ADOPTING REPORT
AND RECOMMENDATIONS

     This matter comes before the Court on the Report and Recommendations ("R&Rs") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkts. 16 & 21. The Court having considered the R&Rs and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

     (1)     The R&Rs are **ADOPTED**;

     (2)     Petitioner's motion for injunctive relief is **DENIED**;

     (3)     The petition for writ of habeas corpus brought under 28 U.S.C. § 2254 is **DISMISSED as time barred**; and

1    (4)      Petitioner is not entitled to a Certificate of Appealability.

2    Dated this 28th day of March, 2012.

3

4    _____

5    BENJAMIN H. SETTLE
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22