UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID RAY SANCHEZ,

    Petitioner,

v.

SCOTT FRAKES,

    Respondent.

CASE NO. C11-5888BHS

ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter comes before the Court on the Report and Recommendations ("R&Rs") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkts. 16 & 21. The Court having considered the R&Rs and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1)   The R&Rs are **ADOPTED**;

(2)   Petitioner's motion for injunctive relief is **DENIED**;

(3)   The petition for writ of habeas corpus brought under 28 U.S.C. § 2254 is **DISMISSED as time barred**; and

(4) Petitioner is not entitled to a Certificate of Appealability.

Dated this 28th day of March, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge